**Order filed February 25, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00881-CV
_____

**H.U.S.A MANAGEMENT, INC., Appellant**

**V.**

**LEVINSON ALCOSER ASSOCIATES, L.P., Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-87316**

---

## ABATEMENT ORDER

On December 19, 2017, we abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-36536. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has learned that:

1. the last activity in cause number 17-36536 was on January 25, 2018;

2. cause number 17-36536 was jointly administered with cause number 17-36535;

3. cause number 17-36535 was terminated by final order signed February 11, 2019;

4. a motion to vacate the February 11, 2019 order and reopen the proceeding was filed in cause number 17-36535 on February 22, 2019; and

5. the bankruptcy court signed an order on April 4, 2019 requiring certain actions but declining to reopen cause number 17-36535.

On January 23, 2020, we issued an order directing the parties to file a report by February 3, 2020 explaining whether this appeal must remain abated. No response has been received.

Accordingly, this appeal will be reinstated and dismissed for want of prosecution unless a motion demonstrating good cause to retain this appeal is filed on or before **March 16, 2020**.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.